IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JACK BENNY HALES

v.  Civil No. 1:22cv217-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.  Criminal No. 1:18cr28-HSO-JCG-3

JACK BENNY HALES

### FINAL JUDGMENT OF DISMISSAL

**BEFORE THE COURT** is Defendant Jack Benny Hales's Motion [131] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  For the reasons given in the Order denying Defendant's Motion [131] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 16th day of June, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE